UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA GARCIA GARDENAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 24-cv-03774-LJC<br>*Also Filed in Case No. 22-cv-05137-YGR*<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

    The civil cover sheet that Plaintiff Ysenia Garcia Gardenas filed with her Complaint indicates that Plaintiff believes this case is related to case number 22-cv-05137-YGR.  *See* ECF No. 1-1.  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is therefore REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether this case is related to case number 22-cv-05137-YGR.

    Any party may file a response supporting or opposing finding the cases related no later than July 1, 2024.  *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

    **IT IS SO ORDERED.**

Dated: June 26, 2024

                                               LISA J. CISNEROS<br>                                               United States Magistrate Judge